1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 03-06-70028 JCS
                                     )
15        Plaintiff,                 )
                                     )
16     v.                            )   STIPULATION AND [PROPOSED]
                                     )   ORDER DOCUMENTING
17  DAVID MATTHEW READ,              )   EXCLUSION OF TIME
                                     )
18        Defendants.                )
                                     )
19  _____ )

20      With the agreement of the parties in open court on March 1, 2006 and with the
21  consent of the defendant David Matthew Read ("defendant"), the Court enters this order
22  (1) setting the next court appearance for March 28, 2006 at 9:30 a.m. in front of the
23  Honorable Bernard Zimmerman; and (2) documenting the exclusion of time under the
24  Speedy Trial Act, 18 U.S.C. § 3161, from March 1, 2006 to March 28, 2006. The parties
25  agree, and the Court finds and holds, as follows:

26

27  / / /

28

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 3-06-70028 JCS]

1.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until March 28, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 1, 2006 to March 28, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2.  Accordingly, and with the consent of the defendant, the Court (1) orders the next appearance in front of Judge Zimmerman on March 28, 2006 at 9:30 a.m.; and (2) orders that the period from March 1, 2006 to March 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/9/06                           /S/ Steven Kalar
                                        Steven Kalar, Esq.
                                        Attorney for David Matthew Read


DATED: 3/6/06                           /S/ Stacey P. Geis
                                        Stacey P. Geis
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: Mar 14, 2006                     _____
                                        The Honorable Elizabeth D. LaPorte
                                        United States Magistrate Judge


[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 3-06-70028 JCS]          -2-