1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,       )   No. CR 03-06-70028 JCS
                                   )
15      Plaintiff,                 )
                                   )
16   v.                            )   STIPULATION AND [PROPOSED]
                                   )   ORDER DOCUMENTING
17 DAVID MATTHEW READ,             )   EXCLUSION OF TIME
                                   )
18      Defendants.                )
                                   )
19

20      With the agreement of the parties in open court on March 28, 2006 and with the

21 consent of the defendant David Matthew Read ("defendant"), the Court enters this order

22 (1) setting the next court appearance for April 17, 2006 at 9:30 a.m. in front of the

23 Honorable James Larson; and (2) documenting the exclusion of time under the Speedy

24 Trial Act, 18 U.S.C. § 3161, from March 28, 2006 to April 17, 2006. The parties agree,

25 and the Court finds and holds, as follows:

26 ///

27 ///

28 ///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 3-06-70028 JCS]

1  1. The Court finds that, taking into the account the public interest in the prompt
2  disposition of criminal cases, granting the continuance until April 17, 2006 is necessary
3  for effective preparation of counsel and for continuity of counsel.  See 18 U.S.C.
4  § 3161(h)(8)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
5  served by excluding the period from March 28, 2006 to April 17, 2006 outweigh the best
6  interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
7  2. Accordingly, and with the consent of the defendant, the Court (1) orders the next
8  appearance in front of Judge Larson on April 17, 2006 at 9:30 a.m.; and (2) orders that
9  the period from March 28, 2006 to April 17, 2006 be excluded from Speedy Trial Act
10 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

12 IT IS SO STIPULATED.

13 DATED:  April 17, 2006            /S/ Mark Goldrosen
14                                    _____, Esq.
                                       Attorney for David Matthew Read

16 DATED:  April 17, 2006            /S/ Stacey P. Geis
17                                    Stacey P. Geis
                                       Assistant U.S. Attorney

19 IT IS SO ORDERED.

21 DATED: April 18, 2006



[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 3-06-70028 JCS]           -2-